BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ANTHONY RAY JONES, )<br>    Plaintiff, )<br>      v. )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>    Defendant. )<br>_____ ) | CIVIL NO. 09-cv-01504-DLB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE TRANSCRIPT |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 45-day extension of time, up to March 1, 2010, to file and serve the administrative record. This extension is requested because Defendant's counsel has not yet received the transcript.

                                          Respectfully submitted,

                                          /s/ Denise Bourgeois Haley *
                                          DENISE BOURGEOIS HALEY
                                          Plaintiff's Attorney
                                          * by Armand Roth by phone authorization of 1/13/10

                                            BENJAMIN B. WAGNER
                                            United States Attorney

|   |   |
|---|---|
|   | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| Dated: January 13, 2010 | /s/ Armand D. Roth<br>ARMAND D. ROTH)<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

IT IS SO ORDERED.

**Dated:   January 14, 2010**           **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE